# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     CHAD DAVID FEATHER
            AKA: CHAD M. FEATHER
            GINA MARIE FEATHER
            AKA: GINA M. FEATHER

            Debtor(s)

CHAPTER 13

            CHARLES J. DEHART, III
            CHAPTER 13 TRUSTEE
            Movant

CASE NO: 4-13-02135-JJT

vs.

            CHAD DAVID FEATHER
            AKA: CHAD M. FEATHER    GINA MARIE
            FEATHER
            AKA: GINA M. FEATHER
            Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on September 13, 2017, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                                                              Respectfully submitted,

                                                              s/   Charles J. DeHart, III
                                                              Charles J. DeHart, III, Trustee
                                                              8125 Adams Drive, Suite A
                                                              Hummelstown, PA  17036
                                                              Phone:  (717) 566-6097

| | |
|---|---|
| IN RE:   CHAD DAVID FEATHER<br>AKA: CHAD M. FEATHER<br>GINA MARIE FEATHER<br>AKA: GINA M. FEATHER<br><br>Debtor(s)<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CHAPTER 13<br><br><br><br><br><br>CASE NO: 4-13-02135-JJT |

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| October 13, 2017 at 9:30 am | October 13, 2017 at 10:05 AM |
| U.S. Courthouse and Federal Building | U.S. Courthouse and Federal Building |
| 240 West Third Street | Courtroom #1, 4th Floor |
| Williamsport, PA 17701 | 240 West Third Street |
| | Williamsport, PA 17701 |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have paid on or before **October 06, 2017** the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 1484.50**
**AMOUNT DUE FOR THIS MONTH: $499.38**
**TOTAL AMOUNT DUE <u>BEFORE</u> CONFERENCE/HEARING DATE: $1983.88**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.   You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.   You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  September 13, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHAD DAVID FEATHER
AKA: CHAD M. FEATHER
GINA MARIE FEATHER
AKA: GINA M. FEATHER

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 4-13-02135-JJT

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on September 13, 2017.

RAQUEL ROSS, ESQUIRE
RAQUEL ROSS LAW, LLC
19 COLONNADE WAY, SUITE 117 #224
STATE COLLEGE, PA 16803-

CHAD DAVID FEATHER
GINA MARIE FEATHER
213 EDWARD DRIVE
BELLEFONTE, PA 16823

Respectfully submitted,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: September 13, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHAD DAVID FEATHER
AKA: CHAD M. FEATHER
GINA MARIE FEATHER
AKA: GINA M. FEATHER

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 4-13-02135-JJT

vs.

CHAD DAVID FEATHER
AKA: CHAD M. FEATHER
GINA MARIE FEATHER
AKA: GINA M. FEATHER

MOTION TO DISMISS

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.